## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Robinson, Kevin J | Case Number:  04 B 47441 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  12/19/07 | Filed:  12/28/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  November 28, 2007

Confirmed:  February 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,535.26 | |
| Secured: | | 2,382.39 |
| Unsecured: | | 2,438.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,431.40 |
| Trustee Fee: | | 359.30 |
| Other Funds: | | 1,923.53 |
| Totals: | 9,535.26 | 9,535.26 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,431.40 | 2,431.40 |
| 2. | Riverside Auto Sales & Service | Secured | 2,382.39 | 2,382.39 |
| 3. | Simon & McKlosky | Unsecured | 210.49 | 1,915.32 |
| 4. | Peoples Energy Corp | Unsecured | 122.22 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 57.51 | 523.32 |
| 6. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 7. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 8. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 9. | Collection Bureau Of America | Unsecured | | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 11. | ER Solutions | Unsecured | | No Claim Filed |
| 12. | Goodwin Bryan & Schill | Unsecured | | No Claim Filed |
| 13. | JDT Medical Billing Ltd | Unsecured | | No Claim Filed |
| 14. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 15. | Lakeshore ID Assoc | Unsecured | | No Claim Filed |
| 16. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 17. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,204.01 | $ 7,252.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 52.25 |
| 3% | 27.43 |
| 5.5% | 129.29 |
| 5% | 45.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Robinson, Kevin J

Printed:  12/19/07

Case Number:  04 B 47441

Judge:  Goldgar, A. Benjamin

Filed:  12/28/04

|  |  |
|---|---|
| 4.8% | 81.51 |
| 5.4% | 23.09 |
|  | _____ |
|  | $ 359.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____